UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No: 8:24-cr-086-CEH-SPF

ELIEZER RAMON GIL ROMERO

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

THIS MATTER is before the Court on Defendant's motion seeking the appointment of counsel to determine whether Defendant is eligible for a sentence reduction pursuant to Amendment 821 of the United States Sentencing Guidelines (Doc. 129).

Effective November 1, 2023, Part A and Part B, subpart 1, of Amendment 821 of the United States Sentencing Guidelines retroactively revised certain criminal history point calculations under the Guidelines. Under the Criminal Justice Act, 18 U.S.C. § 3006A (CJA), the Office of the Federal Public Defender is authorized and appointed to represent any defendant who was sentenced in the Middle District of Florida and is potentially eligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 because of Amendment 821. Such appointment, however, does not extend to cases where other counsel has already been retained.

Accordingly, it is **ORDERED:**

The Federal Public Defender is appointed to represent Defendant to determine whether Defendant is eligible for a sentence reduction under Amendment 821 of the Guidelines. The appointment will terminate upon the Court's ruling or the conclusion of

the appellate process, unless otherwise ordered by the Court.

**ORDERED** in Tampa, Florida, on April 17, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE