**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No.: 8:24-CR-86-CEH-SPF**

**ELIEZER RAMON GIL ROMERO**

**NOTICE OF APPEARANCE**
**RE: AMENDMENT 821**

The Office of the Federal Defender, pursuant to the Court's Omnibus Order In Re: Amendment 821, 3:21-mc-1-TJC, hereby files this Notice of Appearance to represent the Defendant in the above-styled cause, for the purposes of seeking reduction of sentence under Amendment 821.

The Clerk is requested to enter the appearance of James T. Skuthan, as Counsel of Record.

CHARLES L. PRITCHARD, JR.
Federal Public Defender

/s/ James T. Skuthan
JAMES T. SKUTHAN
First Assistant Federal Public Defender
Florida Bar Number 0544124
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: (407) 648 6338
E Mail: jim_skuthan@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, a true copy of the foregoing was filed using the Court's Electronic Case Filing system, which will send notification to the United States Attorney's Office.

*/s/ James T. Skuthan*
JAMES T. SKUTHAN
First Assistant Federal Defender