AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Eliezer Ramon Gil Romero

Case No: 8:24-cr-86-CEH-SPF
USM No: 02481-511
PACTS#: 8913643

Date of Original Judgment: 11/27/2024
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment if Any)*

Pro se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ **DENIED** for the reasons stated in probation's memorandum (Doc. 129). Specifically, Defendant already received the benefit of a two-level reduction pursuant to U.S.S.G. § 4C1.1 for being a "Zero-Point Offender," on November 27, 2024, the date of his sentence. See Doc. 129 at 7.

Except as otherwise provided, all provisions of the judgment dated 11/27/2024 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 10/27/2026

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge